■ ALEXANDER I. OPPENHEIM, Respondent, v. DANIEL MELNICK et al., Appellants.— Order of Supreme Court, Kings County, dated April 8, 1968, affirmed, with $10 costs and disbursements. No opinion. The notice of appeal states that the appeal is also from a judgment entered on April 8, 1968. To that extent the appeal is dismissed, without costs. The record on appeal contains no judgment and, so far as appears, no judgment has been entered. Brennan, Acting P. J., Benjamin, Munder, Martuscello and Kleinfeld, JJ., concur.